UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. ALCANTAR, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00490-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS ACTION, WITHOUT PREJUDICE<br><br>[ECF No. 21] |

　　　Plaintiff Timothy Howard is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On July 11, 2014, Plaintiff filed a motion to voluntarily dismiss this action.

　　　"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading. Thus, at this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing,

///

1

1  L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of
2  closing the action, and the Court no longer has jurisdiction over the claims.  Id.
3       Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to
4  Plaintiff's notice of voluntary dismissal filed on July 11, 2014.

6  IT IS SO ORDERED.

7  Dated:   July 23, 2014                                   _____
8                                                            SENIOR  DISTRICT  JUDGE